# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:17-cv-00211-GMS |
| v. | ) ) |
| SURGICAL CARE AFFILIATES, INC., ANDREW HAYEK, TODD B. SISITSKY, THOMAS C. GEISER, KENNETH R. GOULET, FREDERICK A. HESSLER, SHARAD MANSUKANI, JEFFREY K. RHODES, MICHAEL A. SACHS, LISA SKEETE TATUM, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Stephan Bushansky, by counsel, hereby withdraws his motion seeking a preliminary injunction. In support of this withdrawal, Plaintiff states:

1. On March 9, 2017, the Court so ordered a briefing schedule on Plaintiff's motion, setting Defendants' opposition due March 15, 2017 and Plaintiff's reply due March 16, 2017.

2. Defendant Surgical Care Affiliates, Inc. ("SCA") will file an amended Schedule 14D-9 with the United States Securities and Exchange Commission that will moot the claims raised in Plaintiff's motion (the "Supplemental Disclosures").

3. As a result, *inter alia*, of SCA's agreement to disseminate the Supplemental Disclosures, Plaintiff no longer intends to request a preliminary injunction, and respectfully seeks to vacate the briefing schedule.

      4.      Plaintiff's counsel has conferred with counsel for Defendants, and defense counsel have no objection to the withdrawal of the motion or vacating the briefing schedule.

Dated: March 14, 2017

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5347)
2 Righter Parkway, Suite 120
Wilmington, DE  19803
(302) 295-5310

*Attorneys for Plaintiff Stephen Bushansky*

OF COUNSEL:

**WEISS LAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
(212) 682-3025