## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL CARE AFFILIATES, INC., ANDREW HAYEK, TODD B. SISITSKY, THOMAS C. GEISER, KENNETH R. GOULET, FREDERICK A. HESSLER, SHARAD MANSUKANI, JEFFREY K. RHODES, MICHAEL A. SACHS, and LISA SKEETE TATUM, <br><br> Defendants. | ) ) ) ) ) ) Case No. 1:17-cv-00211-GMS ) ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 22, 2018

**OF COUNSEL:**

**WEISS LAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
(212) 682-3025

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Gina M. Serra (#5347)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Plaintiff*